STATE v. ADAMS

No. 320P95

Case below: 119 N.C.App. 605

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

STATE v. ALKANO

No. 263A95

Case below: 119 N.C.App. 256

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 October 1995.

STATE v. BALDWIN

No. 261P95

Case below: 117 N.C.App. 713

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 1995.

STATE v. BISHOP

No. 376P95

Case below: 119 N.C.App. 695

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 October 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

STATE v. BLOCKEN

No. 324P95

Case below: 119 N.C.App. 605

Notice of appeal by defendant (substantial constitutional question) dismissed ex mero motu 5 October 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.